1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                              EASTERN DISTRICT OF CALIFORNIA
10
11  SAVANAH ST. CLAIR, et al.,              )  Case No.: 1:15-cv-01091 - LJO - JLT
                                            )
12              Plaintiffs,                 )  ORDER GRANTING PLAINTIFFS' MOTION
                                            )  TO PROCEED IN FORMA PAUPERIS
13         v.                               )  (Doc. 2)
                                            )
14  COUNTY OF KERN, et al,                  )
                                            )  ORDER DIRECTING CLERK TO ISSUE NEW
15              Defendants.                 )  CASE DOCUMENTS
                                            )
16                                          )  ORDER DIRECTING PLAINTIFF TO
                                            )  COMPLETE THE SERVICE DOCUMENTS
17                                          )
18

   Plaintiffs Savanah St. Clair and Andy St. Clair  initiated this action by filing a complaint and
motion to proceed *in forma pauperis*. (Docs. 1, 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the motion and finds Plaintiffs satisfies the requirements of 28 U.S.C. § 1915(a).

   Accordingly, **IT IS HEREBY ORDERED**:

   1.      Plaintiffs' motion to proceed *in forma pauperis* is **GRANTED**;

   2.      The Clerk of Court is DIRECTED to issue summons as to the defendants;

28

                                            1

3. The Clerk of Court is DIRECTED to serve Plaintiffs with New Civil Case Documents, USM-285 Forms, a Notice of Submission of Documents form, an instruction sheet, and a copy of the Complaint;

4. Within thirty days from the date of this order, Plaintiffs **SHALL** complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. One completed USM-285 form for each defendant listed above; and

    b. Six copies of the complaint filed on July 15, 2015.

5. Plaintiffs need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS SO ORDERED.

Dated:   **August 14, 2015**              **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE