UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVANAH ST. CLAIR, et al., ) | Case No.: 1:15-cv-01091 - LJO - JLT |
| ) | |
| Plaintiffs, ) | ORDER GRANTING SAVANAH ST. CLAIR'S |
| ) | REQUEST TO APPEAR VIA COURTCALL AT |
| v. ) | THE MANDATORY SCHEDULING |
| ) | CONFERENCE |
| COUNTY OF KERN, et al, ) | |
| ) | (Doc. 22) |
| Defendants. ) | |

Plaintiff, Savanah St. Clair, has requested to appear by telephone at the mandatory scheduling conference on February 9, 2016.  (Doc. 22)  Ms. St. Clair indicates that she will begin teaching on that day at Pierce College in Woodland Hills, California and cannot be present otherwise.  Id. at 1.  She states that, "CourtCall is available to me at 9:30."  Id.  Thus, good cause appearing, the Court **GRANTS** Ms. St. Clair's motion to appear via CourtCall.[1]

IT IS SO ORDERED.

   Dated:   **January 26, 2016**          /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] This order does not relieve Mr. St. Clair of his obligation to appear at the hearing in person.  Plaintiffs are reminded that they must represent themselves in this action or be represented by a lawyer; one plaintiff cannot represent the other.