UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVANAH ST. CLAIR, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF KERN, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-01091 - LJO - JLT<br><br>ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND STRIKING THE FIRST AMENDED COMPLAINT<br><br>(Docs. 34, 35) |

On February 29, 2016, Plaintiffs Savanah St. Clair and Andy St. Clair filed a first amended complaint (Doc. 34) and an ex parte application for leave to file the amended complaint (Doc. 35). Plaintiffs assert they "discussed a stipulation to allow the filing of this amended complaint" with Defendants, who "were unable to stipulate, because additional parties were identified as DOES, and were added as Defendants." (Doc. 35)

Under Fed. R. Civ. P. 15(a), a party may amend a pleading once as a matter of course within 21 days of service, or if the pleading is one to which a response is required, 21 days after service of a motion under Rule 12(b), (e), or (f). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Because Defendants do not consent to the filing an amended complaint, Plaintiffs must seek the leave of the Court.

Significantly, however, the proper procedure for seeking leave to amend is by a written motion pursuant to Rule 15 of the Federal Rules of Civil Procedure. *See Butler v. Robar Enterprises, Inc.*,

1

208 F.R.D. 621, 622 (C.D.Cal.2002) (explaining the requirements of Rule 15 must be satisfied to name a "Doe" defendant).  Indeed, the Court informed previously the parties that any pleading amendments were to be made "either through a stipulation or **motion to amend**."  (Doc. 32 at 3, emphasis added)  Accordingly, Plaintiffs' ex parte application for leave to file an amended complaint is procedurally defective.

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. Plaintiffs' First Amended Complaint (Doc. 34) is **STRICKEN**; and
2. Plaintiff's ex parte application for leave to file an amended complaint (Doc. 35) is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated:   **March 7, 2016**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE

2