```
1  THERESA A. GOLDNER, COUNTY COUNSEL
   STATE OF CALIFORNIA
2  By: Marshall S. Fontes, Deputy (SBN 139567)
3  Kathleen S. Rivera. Deputy (SBN 211606)
   Kern County Administrative Center
4  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, CA 93301
5  Telephone 661-868-3800
6  Fax 661-868-3805

7  Attorneys for Defendants,
   County of Kern, Fernando Rocha, Linda Flores Lopez,
8  Florence Miranda, Donald Marvin and Douglas Wilson
9
10              UNITED STATES DISTRICT COURT
11              EASTERN DISTRICT OF CALIFORNIA
12
```

| | |
|---|---|
| 13  SAVANAH ST. CLAIR, an individual; and ANDY ST. CLAIR, an individual, | CASE NO. 1:15-CV-01091 LJO JLT |
| 15           Plaintiffs, | JOINT STIPULATION TO CONTINUE THE TIME FOR DEFENDANTS' ANSWER TO THE FIRST AMENDEED COMPLAINT; [~~PROPOSED~~ ORDER] |
| 16      v. | |
| 17  COUNTY OF KERN, a public entity; FERNANDO ROCHA, an individual; LINDA FLORES LOPEZ, an individual; FLORENCE MIRANDA, an individual; DEBRA GREENWOOD, an individual; OFFICER DONALD MARVIN, an individual; OFFICER DOUGLAS WILSON, an individual; KERN MEDICAL CENTER, an entity; DOES 1 through 30, inclusive, | (Doc. 43) |
| 24           Defendants. | |

26   COME NOW Plaintiffs, SAVANAH ST. CLAIR and ANDY ST. CLAIR, and
27 Defendants, COUNTY OF KERN (erroneously sued herein as COUNTY OF KERN
28 and KERN MEDICAL CENTER), FERNANDO ROCHA, LINDA FLORES LOPEZ,

1

---

Joint Stipulation to Continue the time for Filing Defendants' Answer to Plaintiffs' First Amended Complaint

FLORENCE MIRANDA, DONALD MARVIN, and DOUGLAS WILSON (collectively referred to herein as "County"), who have met and conferred through their respective attorneys of record, and now make this joint stipulated request of the Court:

**REPRESENTATIONS AND JOINT STIPULATION AND REQUEST:**

1. Plaintiffs recently obtained leave of Court to file a First Amended Complaint ("FAC") in this matter on April 8, 2016.  The FAC adds two additional County employees, Florence Miranda and Debra Greenwood, as defendants in the lawsuit.

2. County Counsel has agreed to accept service and respond on behalf of Ms. Miranda, but has been unable to contact Ms. Greenwood, who no longer works for the County.  Ms. Greenwood has not yet been served with the summons and FAC, but it is anticipated that once she is located, she will request a defense from County Counsel.

3. The remaining Defendants' answer to the First Amended Complaint is now due to be filed on or before May 2, 2016.

4. Plaintiffs and Defendants have exchanged preliminary settlement demands and offers, and are close to achieving a full resolution of this case, but Plaintiffs' latest demand, communicated on April 29, 2016, will need to be presented to the County's Board of Supervisors for consideration.  The earliest that this can occur would be the Board's agenda on May 17, 2016.

5. Plaintiffs have a petition for release of Juvenile Court records set for hearing on May 4, 2016, which will go forward.  However, in all other respects, the parties have stipulated to hold discovery in abeyance for forty-five (45) days to allow the County defendants to respond to Plaintiffs' latest settlement demand and to avoid incurring further attorney fees in the interim.

///
///
///
///
///

6. Wherefore, based upon the need for additional time to locate defendant Greenwood, and the ongoing settlement discussions amongst the parties, it is hereby stipulated that the Court enter an order extending the time for Defendants to file an answer to the FAC, by forty-five (45) days, up to and including June 16, 2016.

Dated: May 2, 2016                    LAW OFFICES OF SHAWN A. McMILLAN, APC

By /s/ Shawn A. McMillan              .
    Shawn A. McMillian, Esq.
    Attorneys for Plaintiff, Savanah St. Clair
    and Andy St. Clair

Dated: May 2, 2016                    THERESA A. GOLDNER, COUNTY COUNSEL

By   /s/ Marshall S. Fontes           .
    Marshall S. Fontes, Deputy
    Kathleen S. Rivera, Deputy
    Attorneys for Defendants County of Kern,
    Fernando Rocha, Linda Flores Lopez,
    Florence Miranda, Debra Greenwood,
    Donald Marvin and Douglas Wilson

1 | **[PROPOSED] ORDER**

2 |     For GOOD CAUSE shown, and based upon the mutual Stipulation of all parties to this action, the court hereby continues the time for the filing of Defendants' answer to the First Amended Complaint up to and including June 16, 2016.

IT IS SO ORDERED.

   Dated:   **May 2, 2016**                  **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE