# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVANAH ST. CLAIR, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF KERN, et al.,<br><br>        Defendants. | Case No.: 1:15-cv-01091- LJO-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Docs. 46, 47) |

The parties have notified the Court that they have reached a settlement of the matter. (Docs. 46, 47) They request thirty days to finalize the settlement. (Doc. 46 at 2; Doc. 47 at 2) Thus, the Court **ORDERS**:

    1.    The parties **SHALL** file their stipulated dismissal no later than **July 18, 2016**;

    2.    All other pending dates, conferences and hearings are **VACATED** and any other pending motions are ordered **TERMINATED.**

**<u>Failure to comply with this order may result in the imposition of sanctions including the dismissal of the action or striking the answer and entering default.</u>**

IT IS SO ORDERED.

Dated:   **June 21, 2016**                    **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE