# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVANNAH ST. CLAIR, et al., | Case No.: 1:15-cv-01091 LJO JLT |
| Plaintiffs, | ORDER CLOSING CASE |
| v. | (Doc. 49) |
| COUNTY OF KERN, et al., | |
| Defendants. | |

On July 18, 2016, the parties filed a stipulation to dismiss the action with prejudice.  The parties rely on Fed.R.Civ.P. 41(a)(1)(A)(ii), under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."  (Doc. 55)  Thus, the Clerk of Court is **DIRECTED** to close this action in light of the voluntary dismissal with prejudice filed and properly signed pursuant to Rule 41.

IT IS SO ORDERED.

Dated:   **July 19, 2016**               /s/ Jennifer L. Thurston
                                                        UNITED STATES MAGISTRATE JUDGE